UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JESSE MOORE,<br><br>   Plaintiff,<br><br>   v.<br><br>HEATHER DIAZ,<br><br>   Defendant. | Case No. 1:20-cv-00865-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S DECLARATION FOR ENTRY OF DEFAULT<br><br>(ECF No. 11) |

Terrence Jesse Moore ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 5, 2020, Plaintiff filed a declaration for entry of default. (ECF No. 11). Plaintiff alleges that Defendant was served with a copy of the summons and complaint on June 29, 2020, that more than twenty-one days has elapsed since Defendant was served, and that Defendant failed to file an answer or otherwise defend this action. However, the Court has not issued a summons in this case or served Defendant with the complaint and summons. On June 29, 2020, the undersigned did sign findings and recommendations, but these findings and recommendations must be reviewed by the district judge. If the district judge allows any claims to proceed passed screening, the Court will authorize service after the district judge issues the order allowing the claims to proceed.

\\\

\\\

1

Accordingly, based on the foregoing, the Court will not enter Defendant's default at this time.

IT IS SO ORDERED.

Dated: __**August 6, 2020**__                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE