UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JESSE MOORE,<br><br>       Plaintiff,<br><br>    v.<br><br>HEATHER DIAZ,<br><br>       Defendant. | Case No. 1:20-cv-00865-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(DOC NOS. 1 & 9) |

  Terrence Jesse Moore ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On June 30, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his case proceed on Plaintiff's Eighth Amendment claims against defendant Diaz for failure to protect and deliberate indifference to serious medical needs," and that "Plaintiff's retaliation claim be dismissed."  (ECF No. 9, p. 9).

  Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline for filing objections has passed and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

  Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on June 30, 2020, are ADOPTED in full;
2. This case proceed on Plaintiff's Eighth Amendment claims against defendant Diaz for failure to protect and deliberate indifference to serious medical needs;
3. Plaintiff's retaliation claim is dismissed; and
4. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 9, 2020                          /s/ signature
                                                SENIOR DISTRICT JUDGE