1. UNITED STATES DISTRICT COURT
2. EASTERN DISTRICT OF CALIFORNIA
3.
4.
5. CASE #: 1:20-cv-00865-AWI-EPG
6. Terrence Jesse Moore          Motion For Summary Judgement
7. -vs-
8. Heather Diaz

FILED SEP 16 2020 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

Plaintiff hereby moves for Summary Judgement in plaintiff's favor. In support of plaintiff's claim plaintiff hereby states:

1) On 6-30-2020 Magistrate judge Erica P. Grosjean screened plaintiff's complaint and recommended that plaintiff's 2 8th amendment claims for failure to protect and deliberate indifference to serious medical need proceed.

2) Since the screening defendants has made no response for over 60 days since being served with summons and complaint.

3) Since screening and being served defendant has made any effort to deny plaintiff's claim.

*Terrence Jesse Moore*
SIGNATURE OF PLAINTIFF