UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JESSE MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>HEATHER DIAZ,<br><br>    Defendant. | Case No. 1:20-cv-00865-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, WITHOUT PREJUDICE<br><br>(ECF NO. 18) |

Terrence Jesse Moore ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 16, 2020, Plaintiff filed a motion for summary judgment (ECF No. 18), which the Court will deny without prejudice.

To begin, contrary to Plaintiff's assertion in the motion, it does not appear that Defendant has been served. On September 11, 2020, the Court directed that Plaintiff's complaint be served. (ECF No. 16). This occurred only five days before the Court received Plaintiff's motion for summary judgment. There is nothing on the docket suggesting that Defendant has been served or has waived service of process.

Moreover, Plaintiff's motion does not comply with this Court's local rules. Under Local Rule 260(a), "[e]ach motion for summary judgment or summary adjudication shall be

accompanied by a 'Statement of Undisputed Facts' that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon to establish that fact.  The moving party shall be responsible for the filing of all evidentiary documents cited in the moving papers."  However, Plaintiff failed to file a "Statement of Undisputed Facts" or any evidence in support of his motion.

Finally, based on the facts of this case, the Court finds that Plaintiff's motion is premature because discovery has not yet been opened.

Accordingly, IT IS ORDERED that Plaintiff's motion for summary judgment is DENIED, without prejudice to Plaintiff re-filing the motion in compliance with this Court's local rules and after discovery has been opened.

IT IS SO ORDERED.

Dated:   **September 18, 2020**              /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE