UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JESSE MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>HEATHER DIAZ,<br><br>    Defendant. | Case No. 1:20-cv-00865-AWI-EPG (PC)<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 30) |

On December 4, 2020, the Court set an initial scheduling conference in this action. (ECF No. 30). The conference is currently set for March 8, 2021, at 3:00 p.m. (Id.). In that same order the Court required the parties to exchange initial disclosures thirty days before the conference and to file scheduling conference statements fourteen days before the conference. (Id.).

In light of the coronavirus (COVID-19) pandemic and the evolving coronavirus protocols, the initial scheduling conference is VACATED. The parties are still required to file scheduling conference statements no later than February 22, 2021.[1] The Court will issue a scheduling order after reviewing the parties' scheduling conference statements.

IT IS SO ORDERED.

Dated:  **February 17, 2021**       /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are also still required to exchange initial disclosures, but the deadline, February 8, 2021, has already passed.