Rob Bonta, State Bar No. 202668
Attorney General of California
R. Lawrence Bragg, State Bar No. 119194
Supervising Deputy Attorney General
Peter D. Lewicki, State Bar No. 321589
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7357
  Fax: (916) 324-5205
  E-mail: Peter.Lewicki@doj.ca.gov
*Attorneys for Defendant H. Diaz*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TERRENCE JESSE MOORE,**<br><br>                                     Plaintiff,<br><br>         v.<br><br>**HEATHER DIAZ,**<br><br>                                     Defendant. | 1:20-cv-00865-AWI-EPG (PC)<br><br>**DEFENDANT'S REPORT REGARDING THE PARTIES' POSITIONS ON A SETTLEMENT CONFERENCE**<br><br>Judge:         The Hon. Erica P. Grosjean<br>Trial Date:   Not Set.<br>Action Filed: June 23, 2020 |

## INTRODUCTION

In accordance with the Court's Scheduling Order (ECF No. 34), Defendant respectfully submits this report detailing the parties' positions on whether a settlement conference would be productive. Plaintiff previously requested that the Court order a settlement conference (ECF No. 35), tendered a settlement demand, and thus presumably desires a settlement conference. At this time, the Defendant does not believe a settlement conference would be productive or likely to resolve this matter.

///

///

1

**I.    DEFENDANT'S POSITION ON VIABILITY OF A SETTLEMENT CONFERENCE.**

Defendant disputes the allegations in the Complaint.  On August 27, 2021, Defendant received Plaintiff's written settlement demand, which Defendant respectfully declined on September 15, 2021 in a letter to Plaintiff.  While Defendant appreciates Plaintiff's communicated efforts to settle the matter, Defendant maintains that, based on the nature of these claims, a settlement conference would not be a productive use of the parties' and the Court's time and resources, and is unlikely to resolve this case at this time.

**II.   PLAINTIFF'S POSITION ON VIABILITY OF A SETTLEMENT CONFERENCE.**

Plaintiff previously requested that a settlement conference be set.  (ECF No. 35.)  The Court declined to order the parties to a settlement conference at the time (ECF No. 36).  In the September 15, 2021 letter declining to accept Plaintiff's August 2021 settlement demand, Defendant invited Plaintiff to provide her position on whether a settlement conference is warranted.  Although Defendant has not yet received a response, Defendant presumes that Plaintiff still wants a settlement conference to be set, and believes it would be productive.

**CONCLUSION**

The parties met and conferred by letter regarding settlement, and whether a settlement conference would be viable at this stage in the case.  Defendant does not believe a settlement conference would be a productive use of time and resources.  Plaintiff appears to favor setting a settlement conference.

Dated:  September 29, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
R. LAWRENCE BRAGG
Supervising Deputy Attorney General


*/s/  Peter D. Lewicki*
PETER D. LEWICKI
Deputy Attorney General
*Attorneys for Defendant H. Diaz*

SA2020303803
35510209.docx.docx

# CERTIFICATE OF SERVICE

Case Name: *Moore, Terrence Jesse (BB4015) v. Heather Diaz*  No. **1:20-cv-00865-AWI-EPG (PC)**

I hereby certify that on **September 29, 2021**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **DEFENDANT'S REPORT REGARDING THE PARTIES' POSITIONS ON A SETTLEMENT CONFERENCE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **September 29, 2021**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Terrence Jesse Moore, BB4015  
Salinas Valley State Prison  
P.O. Box 1050  
Soledad, CA  93960-1050

*Plaintiff In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **September 29, 2021**, at Sacramento, California.

| L. Venable | */s/ L. Venable* |
|---|---|
| Declarant | Signature |

SA2020303803  
35513465.docx