UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 19 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

TERRENCE JESSE MOORE

VS.

HEATHER DIAZ

CASE NO. 1:20-CV-00865-AWI-EPG

~~ORDER~~ MOTION TO SET SPEEDY TRIAL AND CANCEL ALL SETTLEMENT HEARINGS

PLAINTIFF HEREBY MOVES TO CANCEL ALL FUTURE SETTLEMENT HEARING AND GO TO SPEEDY TRIAL AS SOON AS POSSIBLE. PLAINTIFF IS READY TO GO TO TRIAL AND DOES NOT WANT TO WAIT. SETTLEMENT WILL NOT BE PRODUCTIVE AND PLAINTIFF REJECTS ALL SETTLEMENTS.

*Terrence J. Moore*