UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JESSE MOORE,<br><br>        Plaintiff,<br><br>    v.<br><br>HEATHER DIAZ,<br><br>        Defendant. | Case No. 1:20-cv-00865-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SET SPEEDY TRIAL AND CANCEL ALL SETTLEMENT CONFERENCES<br><br>(ECF No. 41) |

     Terrence Jesse Moore ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

     On October 19, 2021, Plaintiff filed a motion to set a speedy trial and to cancel all settlement conferences. (ECF No. 41). Plaintiff asks the Court to cancel all future settlement conferences and to have the trial as soon as possible. Plaintiff states that he is ready to go to trial and does not want to wait. Plaintiff does not believe that a settlement conference will be productive.

     Plaintiff's motion will be denied. The Court has not set a settlement conference. Moreover, depending on the posture of the case, the Court may require the parties to participate in a settlement conference prior to trial, even if Plaintiff does not believe it will be productive.

     As to Plaintiff's request to have the trial as soon as possible, Defendant has until December 17, 2021, to file a dispositive motion, and the Court will not set a trial date until after

1

the dispositive motion deadline has passed and dispositive motions have been resolved or were not filed.  The Court notes that "the Speedy Trial Act does not apply in civil cases." Sorg v. Rewards for Just., 2014 WL 1758066, at *5 (D. Utah Apr. 30, 2014) (citing 18 U.S.C. § 3161; United States v. Forty Thousand Dollars ($40,000.00) in U.S. Currency, 763 F.Supp. 1423, 1429 (S.D.Ohio 1991)).  See also Webster v. Barr, 2021 WL 365121, at *1 (D. Kan. Feb. 3, 2021) ("The Speedy Trial Act does not apply to civil cases.") (citing 18 U.S.C. § 3161; U.S. Const. amend VI).

Accordingly, IT IS ORDERED that Plaintiff's motion to set a speedy trial and to cancel all settlement conferences is DENIED.

IT IS SO ORDERED.

Dated:   **October 20, 2021**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE