Rob Bonta, State Bar No. 202668
Attorney General of California
R. Lawrence Bragg, State Bar No. 119194
Supervising Deputy Attorney General
Peter D. Lewicki, State Bar No. 321589
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7357
  Fax:  (916) 324-5205
  E-mail:  Peter.Lewicki@doj.ca.gov
*Attorneys for Defendant*
*H. Diaz*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TERRENCE JESSE MOORE,**<br><br>                            Plaintiff,<br><br>v.<br><br>**HEATHER DIAZ,**<br><br>                            Defendant. | 1:20-cv-00865-AWI-EPG (PC)<br><br>**DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE SETTLEMENT CONFERENCE VIABILITY STATEMENT; DECLARATION OF COUNSEL**<br><br>Judge:        The Hon. Erica P. Grosjean<br>Trial Date:   Not Set<br>Action Filed: June 23, 2020 |

Defendant respectfully requests that the Court extend time for Defendant to file a status report concerning the setting of a settlement conference by 30 days.  On September 30, 2021, this Court determined that a settlement conference would not be set at that time, but ordered Defendant to file a status report to indicate her position on scheduling of a settlement conference within 14 days of the deadline to file dispositive motions.  (ECF No. 40.)  Neither party filed a dispositive motion by the December 17, 2021 deadline.  (*See* ECF No. 34.)

Defendant is informed that Plaintiff is scheduled to participate in a settlement mediation on January 6, 2022 in *Moore v. Calderon* (E.D. Cal. No. 1:20-cv-00397; 9th Cir. No. 21-15849), and that the parties plan to discuss potential resolution of the above-captioned matter.  Accordingly,

1

Defendant moves to extend the current deadline of December 31, 2021 to file a status report regarding the scheduling of a settlement conference by 30 days to allow the January 6, 2022 mediation in *Moore v. Calderon* to occur first.

Dated:  December 23, 2021                                   Respectfully submitted,

ROB BONTA
Attorney General of California
R. LAWRENCE BRAGG
Supervising Deputy Attorney General


*/s/ Peter D. Lewicki*
PETER D. LEWICKI
Deputy Attorney General
*Attorneys for Defendant*
*H. Diaz*

SA2020303803
35770688.docx

2

Def.'s Mot. for Ext. of Time re: Settlement Conference Viability Stmt;
Declaration of Counsel  (1:20-cv-00865-AWI-EPG (PC))

**DECLARATION OF PETER D. LEWICKI**

I, Peter D. Lewicki, declare:

1. I am an attorney admitted to practice in California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section. I represent Defendant H. Diaz in this case.

2. On September 29, 2021, Defendant filed a statement conveying the parties' positions regarding the scheduling of a settlement conference. (ECF No. 39.).

3. On September 30, 2021, the Court determined that a settlement conference would not be ordered at that time, and ordered Defendant to file an updated report regarding her desire to schedule a settlement conference within 14 days of the deadline to file dispositive motions, if no motions are filed. (ECF No. 40.)

4. Neither party filed a dispositive motion., thus the current deadline for Defendant to submit an updated report is December 31, 2021. (*See* ECF Nos. 34, 40.)

5. Defense counsel is informed by the Deputy Attorney General assigned to *Moore v. Calderon* (E.D. Cal. No. 1:20-cv-00397; 9th Cir. No. 21-15849), that a mediation is scheduled for January 6, 2022, in which the parties anticipate discussing possible global settlement of *Moore v. Calderon* and the above-captioned matter.

6. I believe it is in the interest of judicial economy and efficiency to allow the parties to explore settlement in the January 6, 2022 mediation before scheduling a settlement conference in the above-captioned matter at this time. I further believe that there is good cause to extend the current deadline by 30 days for Defendant to file an updated status report regarding whether a settlement conference should be scheduled.

7. The parties have diligently and amicably completed discovery. This request is not brought for the purpose of delay or harassment, and will not significantly impact the progress of this case or unfairly prejudice Plaintiff.

8. Plaintiff is currently incarcerated and not reasonably available to stipulate to an extension.

///

3

Def.'s Mot. for Ext. of Time re: Settlement Conference Viability Stmt;
Declaration of Counsel (1:20-cv-00865-AWI-EPG (PC))

9. This is Defendants' first request for an extension of time to any deadline established by the Court.

I declare under penalty of perjury that the foregoing is true.

Executed on this 23rd day of December 2021, at Sacramento, California.

<u>/s / Peter D. Lewicki</u>            .
**Peter D. Lewicki**

4

Def.'s Mot. for Ext. of Time re: Settlement Conference Viability Stmt;
Declaration of Counsel  (1:20-cv-00865-AWI-EPG (PC))