UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JESSE MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>HEATHER DIAZ,<br><br>    Defendant. | Case No. 1:20-cv-00865-AWI-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE SETTLEMENT CONFERENCE VIABILITY STATEMENT<br><br>(ECF No. 43) |

   Good cause appearing, Defendant's motion for an extension of time to file an updated report regarding whether Defendant wants the Court to set a settlement conference (ECF No. 43) is **GRANTED**.  Defendant shall file this report no later than January 31, 2022.

   IT IS FURTHER ORDERED that, should the matter resolve by agreement prior to January 31, 2022, Defendant shall promptly notify the Court of such resolution, and file any dispositional documents, in accordance with Local Rule 160.

IT IS SO ORDERED.

   Dated:  **December 27, 2021**            /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1