UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JESSE MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>HEATHER DIAZ,<br><br>    Defendant. | Case No. 1:20-cv-00865-AWI-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF Nos. 45 & 46) |

    On January 31, 2022, Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action, filed a document titled "Plaintiff's Request for Voluntary Dismissal." (ECF No. 46). "Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff requests to voluntarily dismiss the above-captioned action with prejudice." (Id. at 1). On that same day, Defendant filed a status report, stating that "Defendant will not oppose Plaintiff's request, will not seek costs, and will file a statement with the Court detailing these positions in accordance with Rule 41(a)(2)." (ECF No. 45, p. 2).

    While Plaintiff requests to dismiss this action under Federal Rule of Civil Procedure 41(a)(2), given the relief Plaintiff is requesting, the Court construes the filing as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court also construes Defendant's status report as stipulating to dismissal with prejudice.

1

1    In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 1, 2022**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE